# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA,   )
                     )
       **Plaintiff,**         )
                     )
       **v.**              )   **Case No.  26-05038-01-CR-SW-MDH**
                     )
**YVONNE M. BIRD**,        )
                     )
       **Defendant.**       )
                     )

## ORDER

After the United States moved for pretrial detention, a hearing was held in this matter pursuant to 18 U.S.C. § 3142(f).  The defendant was present personally and with her counsel Jeff Wood, Assistant Federal Public Defender.  The United States was represented by Stephanie Wan, Assistant United States Attorney

An indictment has been returned alleging a violation of the Controlled Substances Act, for which there is a maximum period of imprisonment of ten years or more.  There is therefore a rebuttable presumption that there are no conditions which would reasonably assure the defendant's appearance at all proceedings, as required, and the safety of other persons and/or the community. Based on the evidence presented at the hearing, there are no conditions the Court can impose that would reasonably assure the defendant's appearance at all scheduled hearings and the safety of other persons or the community.

The factors to be considered by the Court in determining whether the defendant should be detained pending trial are enumerated in section 3142(g).  The evidence at the detention hearing established that the weight of the evidence against defendant is strong.

Regarding the potential danger to the community, the Court notes the nature and circumstances of the instant offenses, defendant's substance abuse history, and mental health history. The Court also notes defendant's criminal history which includes, but is not limited to, the following: prior felony and misdemeanor arrests and convictions; prior arrest for violent conduct; pattern of similar criminal activity history; and pretrial and probation non-compliance.

Based on all the foregoing, the Court finds clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

**IT IS THEREFORE ORDERED** that the defendant be and is hereby detained without bail.

**IT IS FURTHER ORDERED** that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**DATED: July 21, 2026**

 /s/ ***David P. Rush***

**DAVID P. RUSH**
**United States Magistrate Judge**